# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MEYERS DIVISION

JOHN MACKEY,

Plaintiff,                                              CASE NO.: 2:17-cv-436-FtM-99-CM

-vs-

ALLY FINANCIAL, INC.,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, John Mackey, and Defendant, Ally Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of March, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Artin Betpera* |
| Octavio Gomez, Esquire | Artin Betpera, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0049535 |
| Morgan & Morgan, Tampa, P.A. | DORSEY & WHITNEY LLP |
| One Tampa City Center | 600 Anton Boulevard, Suite 2000 |
| Tampa, FL 33602 | Costa Mesa, CA 92626 |
| Tele: (813) 223-5505 | Tele: (714) 800-1446 |
| Fax: (813) 223-5402 | Fax: (714) 800-1499 |
| TGomez@ForThePeople.com | betpera.artin@dorsey.com |
| JessicaK@ForThePeople.com | su.nicole@dorsey.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |